IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01723-CNS-MEH

THE CALVARY BAPTIST CHURCH OF DENVER,

      Plaintiff, Counterclaim Defendant, and Third-
      Party Plaintiff

v.

CHURCH MUTUAL INSURANCE COMPANY; and
CHURCH MUTUAL INSURANCE COMPANY, S.I.,

      Defendants and Counterclaim Plaintiffs,

v.

SKYYGUARD CORP.,

      Third-Party Defendant

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Counterclaim

Defendant, and Third-Party Plaintiff The Calvary Baptist Church of Denver ("Calvary") and

Defendant and Counterclaim Plaintiff Church Mutual Insurance Company, S.I., incorrectly sued

here as "Church Mutual Insurance Company; and Church Mutual Insurance Company, S.I.,"

(hereinafter, "Church Mutual"), through undersigned counsel, hereby stipulate and agree that any

and all claims or causes of action that were or could have been asserted between Calvary and

Church Mutual in this lawsuit be dismissed with prejudice. Each party will bear their own costs

and attorney's fees. This Stipulation shall not affect any claims asserted between Church Mutual

and Skyyguard Corp. or Calvary and Skyyguard Corp.

Respectfully submitted this 10th day of August, 2023.


s/ *Jennifer A. Milne*                              s/ *William M. Brophy*

Jennifer A. Milne                                   Terence M. Ridley
Otteson Shapiro LLP                                 Jeremy A. Moseley
7979 E. Tufts Ave., Suite 1600                      William M. Brophy
Denver, CO 80237                                    Spencer Fane LLP
Telephone:    720-963-7551                          1700 Lincoln Street, Suite 2000
Email:   jmilne@os.law                              Denver, CO 80203
                                                    Telephone:    303.839.3800
                                                    Facsimile:    303.839.3838
                                                    Email:   tridley@spencerfane.com
                                                             jmoseley@spencerfane.com
                                                             wbrophy@spencerfane.com


Attorneys for Plaintiff,                            Attorneys for Defendant,
The Calvary Baptist Church of Denver                Church Mutual Insurance Company and
                                                    Church Mutual Insurance Company, S.I.

DE 7923209.1

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

 I HEREBY CERTIFY that on August 10, 2023, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system and that a copy of the foregoing was emailed to the following email addresses:

- **William Michael Brophy**
  wbrophy@spencerfane.com, mlopez@spencerfane.com

- **Jennifer A. Milne**
  jmilne@os.law, amenghini@os.law

- **Terence M. Ridley**
  tridley@spencerfane.com, lnorris@spencerfane.com, eseefried@spencerfane.com

- **Jeremy A. Moseley**
  jmoseley@spencerfane.com, kkern@spencerfane.com

- **Samuel Martin Ventola**
  sam@samventola.com, sventola@gmail.com

          *s/ William M. Brophy*